# IN THE SUPREME COURT OF THE STATE OF NEVADA

NASIR WARFIELD,

Appellant,

vs.

NDOC,

Respondent.

No. 82838

FILED

MAY 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order dismissing appellant's petition on March 8, 2021. The district court served notice of entry of that order on appellant on March 10, 2021. Appellant did not file the notice of appeal, however, until April 26, 2021, after the expiration of the 30-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-13905

cc: Hon. Erika D. Ballou, District Judge
    Nasir Warfield
    Attorney General/Carson City
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A